# EXHIBIT A

---

| | |
|---|---|
| **From:** | David Roth <david@randmlaw.com> |
| **Sent:** | Friday, May 14, 2021 9:02 AM |
| **To:** | Christine Kroupa; Jennifer Milne |
| **Cc:** | John Palmeri; Andrew Lavin; Bryan Mosher |
| **Subject:** | RE: PDub Ents. LLC, et al. v. Scottsdale |

Hi Christine,

All LLC members are residents of Colorado.

Best,

David Roth
Attorney at Law
Roth Milne
950 South Cherry Street, Suite 416
Denver, CO 80246
Phone (303) 662-8082
Fax: (303) 662-8083
Email: David@randmlaw.com



NOTICE OF CONFIDENTIALITY:  This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this e-mail, you are hereby notified that any use, dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received this e-mail in error, please immediately notify me by e-mail or by telephone, and permanently delete the original and any copy of any e-mail and any printout thereof.  Thank you for your cooperation with respect to this matter.

---

**From:** Christine Kroupa <ckroupa@grsm.com>
**Sent:** Thursday, May 13, 2021 8:47 AM
**To:** David Roth <david@randmlaw.com>; Jennifer Milne <jennifer@randmlaw.com>
**Cc:** John Palmeri <jpalmeri@grsm.com>; Andrew Lavin <alavin@grsm.com>
**Subject:** RE: PDub Ents. LLC, et al. v. Scottsdale

Thanks, we appreciate it.

> **From:** David Roth <david@randmlaw.com>
> **Sent:** Thursday, May 13, 2021 8:01 AM
> **To:** Christine Kroupa <ckroupa@grsm.com>; Jennifer Milne <jennifer@randmlaw.com>
> **Cc:** John Palmeri <jpalmeri@grsm.com>; Andrew Lavin <alavin@grsm.com>
> **Subject:** RE: PDub Ents. LLC, et al. v. Scottsdale

# EXHIBIT A

Hi Christine,

My apologies.  I believe everyone are Colorado residents, but I will confirm that for you.


Best,

David Roth
Attorney at Law
Roth Milne
950 South Cherry Street, Suite 416
Denver, CO 80246
Phone (303) 662-8082
Fax: (303) 662-8083
Email: David@randmlaw.com



NOTICE OF CONFIDENTIALITY:  This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information.  If you are not the intended recipient of this e-mail, you are hereby notified that any use, dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.  If you have received this e-mail in error, please immediately notify me by e-mail or by telephone, and permanently delete the original and any copy of any e-mail and any printout thereof.  Thank you for your cooperation with respect to this matter.

---

**From:** Christine Kroupa <ckroupa@grsm.com>
**Sent:** Thursday, May 13, 2021 6:48 AM
**To:** David Roth <david@randmlaw.com>; Jennifer Milne <jennifer@randmlaw.com>
**Cc:** John Palmeri <jpalmeri@grsm.com>; Andrew Lavin <alavin@grsm.com>
**Subject:** RE: PDub Ents. LLC, et al. v. Scottsdale

David and Jennifer,

I wanted to follow up on my email below.  Any chance you've been able to identify the citizenships of all members of the LLC?

Thanks,
Christine

---

> **From:** Christine Kroupa
> **Sent:** Thursday, May 6, 2021 9:59 AM
> **To:** David Roth <david@randmlaw.com>; jennifer@randmlaw.com
> **Cc:** John Palmeri <jpalmeri@grsm.com>; Andrew Lavin <alavin@grsm.com>
> **Subject:** PDub Ents. LLC, et al. v. Scottsdale
>
> David and Jennifer,

# EXHIBIT A

We have been retained to represent Scottsdale in the above referenced matter.  Will you please identify the citizenships of all members of the LLC and, if any of those members have members, their citizenships as well so we can assess whether there is diversity?

Thanks,
Christine

---

**CHRISTINE KROUPA**  |  Partner

**GORDON REES SCULLY MANSUKHANI**
**YOUR 50 STATE PARTNER®**

555 Seventeenth Street, Suite 3400
Denver, CO 80202
D: 303-200-6873  |  ckroupa@grsm.com

www.grsm.com
vCard

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE PARTNER®**
http://www.grsm.com